UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL ACTION NO. 06-63-DLB-CJS

UNITED STATES OF AMERICA                                            PLAINTIFF

vs.        **ORDER ADOPTING REPORT AND RECOMMENDATION**

JOSEPH SMITH, III                                                  DEFENDANT

*********************

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith, wherein she recommends that the Court revoke Defendant's supervised release and impose a sentence of twelve (12) months, with forty-eight (48) months of supervised release to follow. (Doc. # 52). Defendant appeared before Magistrate Judge Smith for a hearing on Defendant's alleged violations of his supervised release on November 4, 2015. (Doc. # 52). At that hearing, Defendant and the United States informed the Magistrate Judge Smith that they had reached an agreement on the pending violations and were prepared to proceed to a final revocation hearing. Defendant admitted to violating the terms of his supervised release, as set forth in the September 28, 2015 Violation Report of U.S. Probation and waived his right to appeal his sentence, so long as that sentence did not exceed the recommendation of Magistrate Judge Smith. (Doc. # 52).

Defendant has filed a waiver of his right to allocution (Doc. # 49) and has further waived the period for filing objections to Magistrate Judge Smith's R&R (Doc. # 52).

Therefore, the R&R is ripe for review.  The R&R being sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 52) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is **SENTENCED** to twelve (12) months incarceration, with forty-eight (48) months of supervised release to follow.

(5) A Judgment shall be entered contemporaneously herewith.

This 25th day of November, 2015.



Signed By:
David L. Bunning  *DB*
United States District Judge

G:\DATA\ORDERS\Covington Criminal\2006\06-63 Order Adopting R&R re SRV.wpd